UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN W DOWNING Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:20-cv-01954-JPH-MKK ) |
| SMC CORPORATION OF AMERICA, | ) ) |
| Defendant. | ) ) |

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

The parties have filed a joint motion for approval of their collective-action settlement under the Fair Labor Standards Act. Dkt. [187]. The Court has reviewed the terms of the settlement and, for the reasons in the joint motion, approves it as a fair and reasonable settlement of a bona fide FLSA dispute. The parties' joint motion is therefore **GRANTED**. By agreement of the parties, this case is **DISMISSED with prejudice** and the Court will not retain jurisdiction. *See* dkt. 189. Final judgment will issue in a separate entry.

**SO ORDERED.**

Date: 5/10/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel