UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN W DOWNING Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMC CORPORATION OF AMERICA,<br><br>Defendant. | No. 1:20-cv-01954-JPH-MKK |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed with prejudice.

Date: 5/10/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel